IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :    Bk. No. 17-15427 JKF |
| **CHRISTINA M. SPICER** | : |
| | :    Chapter No. 13 |
| Debtor | : |
| | : |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-14SL** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 404 PRIMOS AVENUE, FOLCROFT, PA 19032 with the mortgage recorded on July 5, 2006 Book 03843, Page 1549 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

September 19, 2017

/s/ Joseph A. Dessoye, Esquire
Joseph A. Dessoye, Esq., Id. No.200479
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31629

Fax Number: 215-568-7616
Email: joseph.dessoye@phelanhallinan.com

Case 17-15427-jkf    Doc 23    Filed 09/19/17    Entered 09/19/17 19:22:35    Desc Main
Document      Page 2 of 2