United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15427-mdc
Christina M. Spicer                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen          Page 1 of 2            Date Rcvd: Oct 05, 2017
                              Form ID: 167          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
```
db             +Christina M. Spicer,    919 N. Front Street,    Apt B.,    Philadelphia, PA 19123-1715
13965504       +Aes/deutsche Elt,    Po Box 61047,    Harrisburg, PA 17106-1047
13965505      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
13986895       +CSMC Mortgage-Backed Certificates 07-00003,,    US Bank National Association as Trustee,
                 c/o REBECCA ANN SOLARZ,    710 Market Street Suite 5000,     Philadelphia, PA 19106-2312
13965506      #+Charles Williams,    c/o James Erisman,    Bifferato Gentilotti, LLC,
                 1013 CENTRE ROAD, SUITE 102,     WILMINGTON DE 19805-1265
13965507       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13965508       +City of Wilmington, Delaware,     800 North French Street,    Wilmington, Delaware 19801-3537
13965509       +Franklin Mint Fcu Il,    5 Hillman Dr Ste 100,    Chadds Ford, PA 19317-9752
13972819       +Franklin Mint Federal Credit Union,    c/o CORINNE SAMLER BRENNAN,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market Street, Suite 1400,
                 Philadelphia, PA 19103-2945
13965510       +Garvin F. McDaniel,    Hogan & Veith, P.A. T/A Hogan,    1311 Delaware Avenue,
                 Wilmington, DE 19806-4717
13965511       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13972816       +LakeView Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13965513       +Marcia Krobath,    108 W. South Avenue,    Glenolden, PA 19036-2421
13965514       +Matthew Kauffmann,    Berger Law Group, PC,    11 Elliott Ave,    Suite 100,
                 Bryn Mawr, PA 19010-3407
13965515       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13965516       +Orin Clybourn,    919 N. Front Street,    Apt. B.,    Philadelphia, PA 19123-1715
13977893       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13965517       +Patricia McCullough,    404 Primas Avenue, Apt C.,    Folcroft, PA 19032-1223
13965518       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
13965520       +Sean McCullough,    404 Primas Avenue,    Folcroft, PA 19032-1223
13965519       +Sean McCullough,    404 Primos Avenue, Apt A.,    Folcroft, PA 19032-1223
13965521       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13965522       +Specialized Loan Servicing,    8742 Lucent Blvd,    Littleton, CO 80129-2386
13965523       +Tarus Aronyuk,    404 Primas Avenue, Apt B.,    Folcroft, PA 19032-1223
13965524       +Trude Wilson,    58 S. Sycamore Avenue,    Clifton Heights, PA 19018-2208
13980236       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg PA 17101-1406
13981740       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13986946       +US Bank National Association as Trustee et al,    c/o JOSEPH ANGEO DESSOYE,
                 Phelan Hallinan, LLP,    1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13965525      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
13993655        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN, 55121-7700
13965526       +Whiteford Taylor Preston, LLC,    The Renaissance Center,    405 North King Street, Suite 500,
                 Wilmington, DE 19801-3769
13965527       +Wilmington Savings Fund Society,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13967190       +Wilmington Savings Fund Society, FSB,    c/o PHILLIP D. BERGER,    Berger Law Group, PC,
                 11 Elliott Avenue, Suite 100,    Bryn Mawr, PA 19010-3407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: Bankruptcy@wsfsbank.com Oct 06 2017 01:59:04
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 12th Floor,
                 Wilmington, DE 19801-7405
13992677        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
13965512        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13965753       +E-mail/Text: Bankruptcy@wsfsbank.com Oct 06 2017 01:59:04
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Eileen              Page 2 of 2               Date Rcvd: Oct 05, 2017
                              Form ID: 167              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

```
          BRANDON J. PERLOFF    on behalf of Debtor Christina M. Spicer bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   nharrison@klehr.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association as Trustee et. al.
           paeb@fedphe.com
          PHILLIP D. BERGER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
          REBECCA ANN SOLARZ    on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates,
           Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christina M. Spicer
    Debtor(s)

Case No: 17−15427−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled time & courtroom\*
Motion for Relief from Stay re: 404 Primos Ave, Folcroft, PA, 19032. ,, in addition to Motion for Relief from Co−Debtor Stay re: Sean McCullough Filed by CSMC Mortagage−Backed Pass−Through Certificates, Series 2007−3, U.S. Bank National Association, as Trustee Represented by REBECCA ANN SOLARZ

on: 10/25/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

29 − 26
Form 167