# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christina M. Spicer<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3, U.S. Bank National Association, as Trustee<br>　　　　　　Movant<br>　　vs. | NO. 17-15427 JKF |
| Christina M. Spicer<br>　　　　　　Debtor(s)<br>Sean McCullough<br>　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this 25th day of October, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay & Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 404 Primos Ave, Folcroft, PA 19032 ("Property"), as to Movant, its successors or assignees.

_Magdeline D. Co_____
　　　　　　United States Bankruptcy Judge.

Christina M. Spicer
919 North Front Street
Apartment B.
Philadelphia, PA 19123

Sean McCullough
919 North Front Street
Apartment B.
Philadelphia, PA 19123

Brandon J. Perloff
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532