United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christina M. Spicer  
    Debtor

Case No. 17-15427-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Oct 26, 2017  
    Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
```
db             +Christina M. Spicer,    919 N. Front Street,    Apt B.,    Philadelphia, PA 19123-1715
13986895       +CSMC Mortgage-Backed Certificates 07-00003,,    US Bank National Association as Trustee,
                 c/o REBECCA ANN SOLARZ,    710 Market Street Suite 5000,    Philadelphia, PA 19106-2312
13980236       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg PA 17101-1406
13981740       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13986946       +US Bank National Association as Trustee et al,    c/o JOSEPH ANGEO DESSOYE,
                 Phelan Hallinan, LLP,    1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 27 2017 01:47:57      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2017 01:47:32      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 27 2017 01:47:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: Bankruptcy@wsfsbank.com Oct 27 2017 01:48:22
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 12th Floor,
                 Wilmington, DE 19801-7405
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
```
              BRANDON J. PERLOFF    on behalf of Debtor Christina M. Spicer bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, nharrison@klehr.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association as Trustee et. al.
               paeb@fedphe.com
              PHILLIP D. BERGER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates,
               Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christina M. Spicer <br>         Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3, U.S. Bank National Association, as Trustee <br>         Movant <br> vs. | NO. 17-15427 JKF |
| Christina M. Spicer <br>         Debtor(s) <br> Sean McCullough <br>         Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. <br>         Trustee | |

## ORDER

AND NOW, this 25th day of October, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay & Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 404 Primos Ave, Folcroft, PA 19032 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Christina M. Spicer
919 North Front Street
Apartment B.
Philadelphia, PA 19123

Sean McCullough
919 North Front Street
Apartment B.
Philadelphia, PA 19123

Brandon J. Perloff
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532