### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Christina M. Spicer

      Debtor(s)

Case No: 17−15427−mdc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Second
Installment Payment in the amount
of $75.00.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 11/30/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 31, 2017