United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15427-mdc
Christina M. Spicer                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: jch              Page 1 of 1              Date Rcvd: Oct 31, 2017
                            Form ID: 175           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db          +Christina M. Spicer,   919 N. Front Street,   Apt B.,   Philadelphia, PA 19123-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
      BRANDON J. PERLOFF    on behalf of Debtor   Christina M. Spicer bperloff@kminjurylawyers.com,
       kmecf1429@gmail.com
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
       cbrennan@klehr.com,  nharrison@klehr.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association as Trustee et. al.
       paeb@fedphe.com
      PHILLIP D. BERGER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       berger@bergerlawpc.com,  kaufmann@bergerlawpc.com
      REBECCA ANN SOLARZ    on behalf of Creditor    CSMC Mortagage-Backed Pass-Through Certificates,
       Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
       Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christina M. Spicer
    Debtor(s)

Case No: 17−15427−mdc
Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay the Second Installment Payment in the amount of $75.00.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 11/30/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 31, 2017

42
Form 175