United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-15427-mdc
Christina M. Spicer                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 20, 2017
                              Form ID: pdf900         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
```
db              +Christina M. Spicer,    919 N. Front Street,   Apt B.,   Philadelphia, PA 19123-1715
13972816        +LakeView Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Nov 21 2017 01:41:24     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2017 01:41:08
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: Bankruptcy@wsfsbank.com Nov 21 2017 01:41:33
                  Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 12th Floor,
                  Wilmington, DE 19801-7405
13992677         E-mail/Text: camanagement@mtb.com Nov 21 2017 01:40:58     Lakeview Loan Servicing, LLC,
                  c/o M&T Bank,   P.O. Box 1288,    Buffalo, NY 14240-1288
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
```
              BRANDON J. PERLOFF    on behalf of Debtor Christina M. Spicer bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, nharrison@klehr.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association as Trustee et. al.
               paeb@fedphe.com
              PHILLIP D. BERGER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC Mortagage-Backed Pass-Through Certificates,
               Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christina M. Spicer<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　Movant<br>vs.<br>Christina M. Spicer<br>　　　　　　Debtor(s)<br>Sean F. Mccullogh<br>　　　　　　Co-Debtor<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 17-15427 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this /6th day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 58 S. Sycamore Avenue, Clifton Heights, PA 19018 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　_Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Christina M. Spicer
919 North Front Street, Apartment B
Philadelphia, PA 19123

Sean F. Mccullogh
919 North Front Street, Apartment B
Philadelphia, PA 19123

Brandon J. Perloff
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532