| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christina** | **M.** | **Spicer** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | | |
| Case number (if known) | **17-15427** | | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1

Debtor 1  **Christina M. Spicer**                                        Case number (if known) **17-15427**

**Part 2:**  **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**919 N. Front Street, Apt B, Philadelphia, PA 19123**<br>**FMV: $615,220 (minus 10% closing costs)= $553,698.00**<br><br>**Debtor owns jointly with Husband as Tenants in the Entirety**<br><br>**Debtor is temporarily living at a separate address, however this property is the Debtor's long-term and permanent residence.**<br>Line from *Schedule A/B*: __1.1__ | $276,849.00 | ☑ $88,864.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**221 W. 6th Street, Wilmington, DE 19801**<br>**FMV: $150,019 (minus 10% closing Costs) = $135,017.10**<br><br>**Debtor owns jointly with Husband as Tenants in the Entirety**<br>Line from *Schedule A/B*: __1.2__ | $67,508.55 | ☑ $59,068.70<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Furniture and household goods (contained in all real estate).**<br>Line from *Schedule A/B*: __6__ | $15,000.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**Women's Clothing**<br>Line from *Schedule A/B*: __11__ | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1), (2) |
| Brief description:<br>**Engagement ring, wedding band**<br>Line from *Schedule A/B*: __12__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1), (2) |
| Brief description:<br>**TD Bank Checking & Savings Account (7334)**<br>Line from *Schedule A/B*: __17.1__ | $1,196.22 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |

Debtor 1  **Christina M. Spicer**  Case number (if known) **17-15427**

**Part 2:  Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Franklin Mint Federal Credit Union Checking account (0501)-**<br><br>**CLOSED AT TIME OF FILING**<br>Line from *Schedule A/B*: __17.3__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| Brief description:<br>**Fidelity IRA**<br>Line from *Schedule A/B*: __21__ | $6,000.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**Insurance Proceeds- Issued 12/8/2017 2011 Infiniti G37 (TOTALED)**<br>Line from *Schedule A/B*: __30__ | $14,389.86 | ☑ $14,389.86<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(7)** |
| Brief description:<br>**Lawsuit against Deloitte for Breach of Contract**<br><br>**Debtor believes she may be entitled to $160,000.00**<br><br>**DEBTOR RESERVES THE RIGHT TO USE ANY APPLICABLE EXEMPTION TO FULLEST EXTENT POSSIBLE**<br>Line from *Schedule A/B*: __33__ | $160,000.00 | ☑ $160,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8127** |