UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :         Chapter 13
   Christina M. Spicer                     :
                                                        :
                                                        :
Debtor                                           :         Bankruptcy No. 17-15427-mdc

\* \* \* \* \* \* \*

### NOTICE OF OBJECTION TO CLAIM OF EXEMPTIONS AND HEARING DATE

**Chapter 13 Standing Trustee William C Miller, has filed an objection to your claim of exemption in this bankruptcy case.**

**Your claim of exemption may be eliminated or changed by the court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to eliminate or change your claim of exemption, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on 5/3/2018, at 11:00 AM, in Courtroom #2, United States Bankruptcy Court 900 Market Street - Suite 400 Philadelphia, PA 19107.

Date: March 15, 2018

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee