| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Christina** | **M.** | **Spicer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **17-15427** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming?   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**919 N. Front Street, Apt B, Philadelphia, PA 19123**<br>**FMV: $615,220 (minus 10% closing costs)= $553,698.00**<br><br>**Debtor owns jointly with Husband as Tenants by the Entirety**<br>Line from *Schedule A/B*:  __1.1__ | $553,698.00 | ☑ $177,728.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B)* |

* In regard to the application of the exemption provided by 11 U.S.C 522 (b)(3)(B) for property held as tenancies by the entirety, this exemption will only apply to the creditor's who have individual liability solely against the Debtor. The exemptions will be reduced by the dollar amount of any general unsecured claims filed with the Court, if it is shown by the claimant that both spouses are jointly liability.

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Christina M. Spicer**                                              Case number (if known)   **17-15427**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Furniture and household goods (in Debtor's Residence (items were damaged, stolen or lost recently due to this property being moved from Debtor's other real properties).**<br><br>***NOTE: Debtor's previous estimation of value was based on purchase price, which did not take into account depreciation.**<br><br>Line from *Schedule A/B*:   **6** | **$2,000.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**Women's Clothing**<br><br>Line from *Schedule A/B*:   **11** | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1), (2) |
| Brief description:<br>**Franklin Mint Federal Credit Union Checking account (0501)-**<br><br>**CLOSED AT TIME OF FILING**<br>Line from *Schedule A/B*:   **17.3** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| Brief description:<br>**Fidelity IRA**<br><br>Line from *Schedule A/B*:   **21** | **$6,000.00** | ☑ **$6,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>**Insurance Proceeds- Issued 12/8/2017 2011 Infiniti G37 (TOTALED)**<br>Line from *Schedule A/B*:   **30** | **$14,389.86** | ☑ **$14,389.86**<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(c)(7) |
| Brief description:<br>**Lawsuit (against previous employer) for violation of Pennsylvania's Wage Payment and Collection Law, 43 P.S. § 260.1 et seq. ("WPCL.")**<br><br>**This case is Pending Debtor believes the case may be worth between  $0.00 (zero) and $160,000.00**<br><br>**DEBTOR RESERVES THE RIGHT TO USE ANY APPLICABLE EXEMPTION TO STATUTORY MAXIMUM**<br>Line from *Schedule A/B*:   **33** | **$160,000.00** | ☑ **$160,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8127 |