**ALLIANCE LIFE SCIENCES CONSULTING GRO**
80 Cottontail Lane
Suite 204
Somerset, NJ 08873

paylocity

Direct Deposit Advice

**Check Date**
April 6, 2018

**Voucher Number**
11276

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE | C | ***9241 | 3,926.01 |
| **Total Direct Deposits** | | | **3,926.01** |

Christina Marie Spicer    11530
919 N Front Street
APT B
Philadelphia, PA  19123

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### ALLIANCE LIFE SCIENCES CONSULTING GROUP, INC.

**Christina Marie Spicer**                                                                                  **Earnings Statement**

| Employee ID | 405399 | Fed Taxable Income | 5,635.59 | Check Date | April 6, 2018 | Voucher Number | 11276 |
| Location | 300-414 | Fed Filing Status | S-1 | Period Beginning | March 19, 2018 | Net Pay | 3,926.01 |
| Salary | $6,400.00 | State Filing Status | S-0 | Period Ending | April 1, 2018 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 80.00 | 80.00 | 6,400.00 | 13,380.00 |
| **Gross Earnings** | | 80.00 | 6,400.00 | 13,380.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1,060.45 | 2,493.18 |
| MED | 87.28 | 188.49 |
| PA | 184.80 | 399.09 |
| PASUI-E | 3.84 | 8.03 |
| SS | 373.21 | 805.97 |
| **Taxes** | 1,709.58 | 3,894.76 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 384.00 | 384.00 |
| Dental | 19.58 | 19.58 |
| Medical | 357.87 | 357.87 |
| SPECTERA VISION | 2.96 | 2.96 |
| **Deductions** | 764.41 | 764.41 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9241 | 3,926.01 |
| **Total Direct Deposits** | | | **3,926.01** |

ALLIANCE LIFE SCIENCES CONSULTING GROUP, INC. | 80 Cottontail Lane Suite 204  Somerset, NJ 08873 | (908) 255-1882                    | PA: 09-87923