**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Christina M. Spicer

        Debtor.

13

Bky No. 17-15427-MDC

**CERTIFICATE OF SERVICE OF**
**ORDER DISMISSING CASE**

I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES via first class mail, postage prepaid and/or electronic mail on June 15, 2018.

Dated:  June 15, 2018

/s/Brandon Perloff
Brandon Perloff
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

Telephone: (267) 457-5570
Attorney(s) for Debtor(s)