United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15427-mdc
Christina M. Spicer                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Jun 15, 2018
                             Form ID: pdf900          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
```
db              +Christina M. Spicer,   919 N. Front Street,   Apt B.,   Philadelphia, PA 19123-1715
cr              +Wells Fargo Bank, N.A,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-1663
13965504        +Aes/deutsche Elt,   Po Box 61047,   Harrisburg, PA 17106-1047
13965505       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
13986895        +CSMC Mortagage-Backed Certificates 07-00003,,   US Bank National Association as Trustee,
                  c/o REBECCA ANN SOLARZ,   710 Market Street Suite 5000,   Philadelphia, PA 19106-2312
13965507        +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13965508        +City of Wilmington, Delaware,   800 North French Street,   Wilmington, Delaware 19801-3537
13965509        +Franklin Mint Fcu Il,   5 Hillman Dr Ste 100,   Chadds Ford, PA 19317-9752
13972819        +Franklin Mint Federal Credit Union,   c/o CORINNE SAMLER BRENNAN,
                  Klehr Harrison Harvey Branzburg LLP,   1835 Market Street, Suite 1400,
                  Philadelphia, PA 19103-2945
13965510        +Garvin F. McDaniel,   Hogan & Veith, P.A. T/A Hogan,   1311 Delaware Avenue,
                  Wilmington, DE 19806-4717
13965511        +Kwartler Manus, LLC,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102-3207
13972816        +LakeView Loan Servicing, LLC,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
                  710 Market Street, Suite 5000,   Philadelphia, PA 19106-2312
13965513        +Marcia Krobath,   108 W. South Avenue,   Glenolden, PA 19036-2421
13965514       #+Matthew Kauffmann,   Berger Law Group, PC,   11 Elliott Ave,   Suite 100,
                  Bryn Mawr, PA 19010-3407
13965515        +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
13965516        +Orin Clybourn,   919 N. Front Street,   Apt. B.,   Philadelphia, PA 19123-1715
13977893        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13965517        +Patricia McCullough,   404 Primas Avenue, Apt C.,   Folcroft, PA 19032-1223
13965518        +Receivable Management,   240 Emery St,   Bethlehem, PA 18015-1980
13965520        +Sean McCullough,   404 Primas Avenue,   Folcroft, PA 19032-1223
13965519        +Sean McCullough,   404 Primos Avenue, Apt A.,   Folcroft, PA 19032-1223
13965521        +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
13965522        +Specialized Loan Servicing,   8742 Lucent Blvd,   Littleton, CO 80129-2386
13965523        +Tarus Aronyuk,   404 Primas Avenue, Apt B.,   Folcroft, PA 19032-1223
13965524        +Trude Wilson,   58 S. Sycamore Avenue,   Clifton Heights, PA 19018-2208
13980236        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   211 North Front Street,
                  Harrisburg PA 17101-1406
13981740        +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14027368         U.S.Bank National Association,as Successor et.al.,   OCWEN LOAN SERVICING, LLC,
                  Attn: Bankruptcy Department,   P.O. BOX 24605,   WEST PALM BEACH,FL, 33416-4605
13986946        +US Bank National Association as Trustee et al,   c/o JOSEPH ANGEO DESSOYE,
                  Phelan Hallinan, LLP,   1617 JFK Blvd. Suite 1400,   Philadelphia, PA 19103-1814
13965525       ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                  Frederick, MD 21701)
13993655         Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                  Eagan, MN, 55121-7700
14106843        +Wells Fargo Bank, N.A.,   c/o JAMES A. PROSTKO,   Phelan Hallinan Diamond & Jones LLP,
                  1617 JFK Blvd. Suite 1400,   Philadelphia, PA 19103-1814
13965526        +Whiteford Taylor Preston, LLC,   The Renaissance Center,   405 North King Street, Suite 500,
                  Wilmington, DE 19801-3769
13965527        +Wilmington Savings Fund Society,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                  Irvine, CA 92619-5004
13967190       #+Wilmington Savings Fund Society, FSB,   c/o PHILLIP D. BERGER,   Berger Law Group, PC,
                  11 Elliott Avenue, Suite 100,   Bryn Mawr, PA 19010-3407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 16 2018 02:06:45     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 02:05:41
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2018 02:06:34     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: Bankruptcy@wsfsbank.com Jun 16 2018 02:07:42
                  Wilmington Savings Fund Society, FSB,   500 Delaware Avenue, 12th Floor,
                  Wilmington, DE 19801-7405
14015450         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2018 02:13:19
                  LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13992677         E-mail/Text: camanagement@mtb.com Jun 16 2018 02:05:29     Lakeview Loan Servicing, LLC,
                  c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
13965512         E-mail/Text: camanagement@mtb.com Jun 16 2018 02:05:29     M & T Bank,   1 Fountain Plz,
                  Buffalo, NY 14203
```

District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Jun 15, 2018
                             Form ID: pdf900          Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13965753        +E-mail/Text: Bankruptcy@wsfsbank.com Jun 16 2018 02:07:42
                 Wilmington Savings Fund Society, FSB,   500 Delaware Avenue,   Wilmington, DE 19801-7405
                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13965506    ##+Charles Williams,   c/o James Erisman,   Bifferato Gentilotti, LLC,
            1013 CENTRE ROAD, SUITE 102,   WILMINGTON DE 19805-1265
                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
        BRANDON J. PERLOFF   on behalf of Debtor Christina M. Spicer bperloff@kminjurylawyers.com,
          kmecf1429@gmail.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
          cbrennan@klehr.com,  nharrison@klehr.com
        JAMES A. PROSTKO    on behalf of Creditor    Wells Fargo Bank, N.A. james.prostko@phelanhallinan.com
        JOSEPH ANGEO DESSOYE   on behalf of Creditor    U.S. Bank National Association as Trustee et. al.
          paeb@fedphe.com
        PHILLIP D. BERGER   on behalf of Creditor    Wilmington Savings Fund Society, FSB
          berger@bergerlawpc.com,  kaufmann@bergerlawpc.com
        REBECCA ANN SOLARZ   on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates,
          Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor    U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| Christina M. Spicer | : | |
| Debtor | : | **Bankruptcy No. 17-15427-MDC** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED.**

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, or electronic mail on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  6/14/18

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE