*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| IN RE:   CHRISTINA M. SPICER | CHAPTER 13 |
| Debtor | No.  17-15427-jkf |

*PRAECIPE TO CHANGE ADDRESS*

Please change Berger Law Group, P.C.'s office address in this case

From:  11 Elliott Avenue, Suite 100, Bryn Mawr, PA 19010;

To:  919 Conestoga Road, Bldg. 3, Suite 114, Rosemont, PA 19010.

BERGER LAW GROUP, P.C.

Dated:  June 25, 2018        By:    /s/:  Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA  19010
*Attorney for Creditor, Wilmington Savings Fund Society, FSB*