United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christina M. Spicer  
    Debtor

Case No. 17-15427-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 23, 2018  
                                            Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.  
db          +Christina M. Spicer,    919 N. Front Street,    Apt B.,    Philadelphia, PA 19123-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2018 02:21:04     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:  
         BRANDON J. PERLOFF    on behalf of Debtor Christina M. Spicer bperloff@kminjurylawyers.com,  
           kmecf1429@gmail.com  
         CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union  
           cbrennan@klehr.com,    nharrison@klehr.com  
         JAMES A. PROSTKO    on behalf of Creditor    Wells Fargo Bank, N.A. james.prostko@phelanhallinan.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association as Trustee et. al.  
           paeb@fedphe.com  
         PHILLIP D. BERGER    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
           berger@bergerlawpc.com,    kaufmann@bergerlawpc.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates,  
           Series 2007-3, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the  
           Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
                                                                                                                                                            TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Christina M. Spicer

13

Bky No. 17-15427 - MDC

Debtor(s).

**ORDER**

**AND NOW,** this 23rd day of July 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,500.00 less $1,427.00 already paid with a remaining balance of $4,073.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

**CC:**   **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Christina M. Spicer
919 N. Front Street, Apt B.
Philadelphia, PA 19123